# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| EVA DOUCETTE,                )  | |
|                              )  | |
|      **Plaintiff**           )  | |
|  v.                          )  | Civil No.   07-178-P-S |
|                              )  | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security,          )  | |
|                              )  | |
|      **Defendant**           )  | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 19) filed August 27, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's Motion for Award of Fees (Docket No. 17) is **GRANTED** resulting in an attorney fee award pursuant to 42 U.S.C. § 406(b) of $8,150.00, with the proviso that Plaintiff's counsel be directed to refund to his client the sum of $3,266.25 previously awarded in EAJA fees.

     /s/ George Z. Singal     
United States District Judge

Dated this 16th day of September, 2009.